TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00658-CV

In re AIG Warranty Services of Florida, Inc.; American Home Assurance Co.; 

American International Group, Inc.; American International Specialty Lines Insurance

Company, Inc.; Illinois National Insurance Co.; National Union Fire Insurance Company

of Louisiana; National Union Fire Insurance Company of Pittsburgh; 

and New Hampshire Insurance Company

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

PER CURIAM

 Relators' petition for writ of mandamus is denied without prejudice to refiling. All
pending motions are dismissed.

Before Chief Justice Aboussie, Justices Kidd and Yeakel

Filed: October 25, 2000

Do Not Publish